UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY GENE HEGGEM,<br><br>                         Plaintiff,<br><br>    v.<br><br>MONROE CORRECTIONAL COMPLEX,<br>DR. LOREN, DR. JOSEPH LOPIN, and L.<br>MANIGO-HEDT,<br><br>                         Defendants. | No. C11-5985 RBL/KLS<br><br>ORDER REGARDING REQUEST FOR COURT TO "INCORPORATE SUBMITTED EVIDENCE" |

Before the Court is Plaintiff's "Request for Court to Incorporate Submitted Evidence". ECF No. 14. Although the motion is not entirely clear, it appears that Plaintiff is asking the Court to "incorporate" or to consider documents that Plaintiff previously submitted with his motion for preliminary injunction (ECF No. 7), which was previously stricken from the docket as premature, when it considers his later motions for "emergency" injunction (ECF Nos. 17 and 18). Plaintiff also asks the Court to "incorporate medical evidence" that he submitted in Case No. 11-cv-2123RSL/JPD. Plaintiff claims that the documents he submitted with these previously filed motions were his only copies, "they" refuse to make copies for him without money, and that he is housed in segregation "where there is no law library or adequate communication." ECF No. 14.

Plaintiff is advised that the Court will not "incorporate" or consider documents that are filed in another case. If he wishes the Court to consider exhibits as part of a motion, he must reference the exhibits within his motion and file them with the motion. However, because the

PRETRIAL SCHEDULING ORDER- 1

copies he submitted with the motion filed at ECF No. 7 are already part of the Court's docket, the Court will consider the documents to the extent Plaintiff refers or relies on them in his motions for temporary injunction (ECF Nos. 17and 18).

Accordingly, it is **ORDERED** that Plaintiff's motion (ECF No. 14) is **granted** as to documents submitted with ECF No. 7 to the extent Plaintiff relies on them in his motions (ECF Nos. 17 and 18), but **denied** as to documents submitted in Case No. 11-cv-2123 RSL-JPD.

**DATED** this 17th day of February, 2012.

Karen L. Strombom
United States Magistrate Judge

PRETRIAL SCHEDULING ORDER- 2