UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARRY GENE HEGGEM,

                Plaintiff,

   v.

MONROE CORRECTIONAL COMPLEX, DR. LOREN, DR. JOSEPH LOPIN, and L. MANIGO-HEDT,

                Defendants.

No. C11-5985 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

      (1)    The Court adopts the Report and Recommendation;

      (2)    Plaintiff's motions for preliminary injunction (ECF Nos. 17 and 18) are **DENIED.**

      (3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Karen L. Strombom.

      **DATED** this 18th day of May, 2012.

                                               Ronald B. Leighton
                                               United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1