UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARRY GENE HEGGEM,

                Plaintiff,

   v.

MONROE CORRECTIONAL COMPLEX, DR. KENNETH LAUREN, DR. JOSEPH LOPIN, and MANIGO-HEDT,

                Defendants.

No. C11-5985 RBL/KLS

ORDER DENYING MOTIONS TO COMPEL DISCOVERY

    Before the Court are Plaintiff's motions to compel discovery. ECF Nos. 56, 57[1], and 60. The Court finds that the motions should be denied because Plaintiff did not include a certification in his motions that he conferred with counsel for Defendants before he filed his motions.

    While a party may apply to the court for an order compelling discovery "upon reasonable notice to other parties and all persons affected thereby," the motion must also include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court intervention." Fed. R. Civ. P. 37(a)(2)(B). In addition, "[a] good faith effort to confer with

---

[1] ECF No. 57 contained a motion for recusal (which was denied), and a request "to direct defendants to comply with discovery and to extend discovery for 90 extra days."

ORDER - 1

a party or person not making a disclosure or discovery requires a face-to-face meeting or a telephonic conference." Local Rule CR 37(a)(2)(A).

The Court anticipates that the parties will confer and make a good faith effort to resolve their discovery disputes without Court interference. If the parties cannot amicably resolve their issues, Plaintiff may file a motion to compel, and shall include a certification stating that their efforts were unsuccessful, and shall identify those areas of disagreement that remain unresolved. The Court will not address any motion which lacks such a certification.

Accordingly, it is **ORDERED**:

(1)  Plaintiff's motions to compel (ECF Nos. 46, 57, and 60) are **DENIED.**

(2)  The Clerk of the Court shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this 25th day of July, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2