UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY GENE HEGGEM,<br><br>      Plaintiff,<br><br> v.<br><br>MONROE CORRECTIONAL COMPLEX, DR. KENNETH LAUREN, DR. JOSEPH LOPIN, and MANIGO-HEDT,<br><br>      Defendants. | No. C11-5985 RBL/KLS<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

On May 15, 2012, this Court entered an Order granting Defendants' Motion to Strike (ECF No. 43). Plaintiff seeks reconsideration of that Order. Having carefully considered the Plaintiff's motion, the Court finds that it should be denied.

**DISCUSSION**

Motions for reconsideration are disfavored and will ordinarily be denied in the "absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." Local Rule CR 7(h)(1).

As noted by the Court, Mr. Heggem was given ample opportunity to fully respond to Defendants' motion to dismiss and to file his objections to the undersigned's Report and Recommendation. In addition, he filed numerous documents after his response and objection which were untimely, needlessly time-consuming and costly.

ORDER - 1

Plaintiff has identified no error in the Court's Order. Nor has he presented any new facts or legal authority. Therefore, reconsideration is inappropriate.

It is, therefore, **ORDERED:**

(1)  Plaintiff's motion for reconsideration (ECF No. 55) is **DENIED**.

(2)  The Clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

**DATED** this 25th day of June, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2