UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARRY GENE HEGGEM,

                Plaintiff,

   v.

MONROE CORRECTIONAL COMPELX, DR. LOREN, DR. JOSEPH LOPIN, L. MANIGO-HEDT,

                Defendants.

No. C11-5985 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) Plaintiff's Motion for Order to Show Cause for Preliminary Injunction and Temporary Restraining Order (ECF No. 95) is **DENIED**; Defendants' Motion to Strike (ECF No. 97) is **GRANTED.**

3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 11th day of October, 2012.

                                        Ronald B. Leighton
                                        United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1