UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARRY GENE HEGGEM,

                              Plaintiff,

v.

MONROE CORRECITONAL
COMPLEX, DR. LOREN, DR.
JOSEPH LOPIN, L. MANIGO-HEDT,

                              Defendants.

NO.  11-5985 RBL/KLS

ORDER EXTENDING JOINT
STATUS REPORT DEADLINE

       Before the Court is Defendants' motion for extension of time to file a joint status

report.  ECF No. 130.  The parties' motions for summary judgment (ECF No. 123 and 127)

are pending and have been re-noted for April 19, 2013.

       Accordingly, it is **ORDERED:**

       1.     Defendants' motion for extension (ECF No. 130) is **GRANTED;** the Joint
              Status Report Deadline (per ECF No. 88) is extended from March 28, 2013
              to **July 12, 201**3;  and

       2.     The Clerk shall send a copy of this Order to Plaintiff and counsel for
              Defendants.

       **DATED** this 28th day of March, 2013.

                                        Karen L. Strombom
                                        United States Magistrate Judge

ORDER EXTENDING JOINT STATUS
REPORT - 1