UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARRY GENE HEGGEM,

                Plaintiff,

   v.

MONROE CORRECTIONAL COMPELX, DR. LOREN, DR. JOSEPH LOPIN, L. MANIGO-HEDT,

                Defendants.

No. C11-5985 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1)    The Court adopts the Report and Recommendation.

2)    Plaintiff's Motion for Summary Judgment (ECF No. 123) is **DENIED;** Defendants' Motion for Summary Judgment (ECF No. 127) is **GRANTED;** and Plaintiff's claims against Defendants are **Dismissed With Prejudice.**

3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 31st day of May, 2013.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1